44 So.2d 918

**Garland MANSELL v. STATE.**

**8 Div. 804.**

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.